ANDRÉ BIROTTE JR.
United States Attorney                    cc: U.S. PROBATION,
ANTOINE F. RAPHAEL                            U.S. PRETRIAL SERVICES
Assistant United States Attorney
Chief, Riverside Branch Office
ABIGAIL W. EVANS (Cal. Bar No. 249629)
Assistant United States Attorney
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone:  (951) 276-6086
     Facsimile:  (951) 276-6202
     E-Mail: abigail.w.evans@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR NO. 10-75-VAP |
| Plaintiff, | FINDINGS AND ORDER |
| v. | |
| VIAKALAFI LUTUI, | |
| Defendant. | |

   GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact and conclusions of law stipulated to by the parties.  Accordingly, the probation revocation evidentiary hearing is continued from August 15, 2012 to September 12, 2012 at 10:00 a.m.

Date: August 13, 2012           _____
                                 HON. VIRGINIA A. PHILLIPS
                                 UNITED STATES DISTRICT JUDGE